LaFrance Workshop Lampshade Co., Inc. *v.* Fire Assn. of Philadelphia, Appellant.

Argued October 3, 1933.

Before KELLER, CUNNINGHAM, BALDRIGE, STADTFELD, PARKER and JAMES, JJ.

*Horace Michener Schell* and *Arthur S. Arnold,* for appellants.

*W. Horace Hepburn, Jr.,* for appellee.

OPINION BY BALDRIGE, J., March 3, 1934:
The questions involved in these seven appeals are

the same as in No. 81, October Term, 1933, (112 Pa. Superior Ct. 599), and for the reasons therein set forth, judgment in each case is reversed with a venire.